**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JIMMY WORLEY, individually and on behalf of all others similarly situated,<br><br>v.<br><br>WOOD GROUP USA, INC. | Case No. 4:19-cv-02872<br><br>FLSA Collective Action |

## ORDER GRANTING AGREED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE

Having considered the Plaintiffs' Agreed Motion for Approval of Settlement and Dismissal of Plaintiffs' Claims with Prejudice, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by Plaintiffs against Defendant Wood Group USA, Inc. are DISMISSED WITH PREJUDICE.

May 23, 2022  _____
**Date**                **United States District Judge**